AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rayes, Douglas L. | U.S. District Court - District of Arizona | 08/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge, Active Status. | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Sandra Day O'Connor United States Courthouse
401 West Washington Street
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Rayes Properties Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Adjunct Professor | Arizona State University College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Arizona Elected Officials Retirement Plan; no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Arizona Elected Officials Retirement Plan (retirement benefits) | $105,428.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Arizona State Retirement System (retirement benefits) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit card | K |
| 2. | BMO Harris Bank | Mortgage Rental #1 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash) | A | Interest | K | T | | | | | 30 |
| 2. USAA Bank (cash) (X) | A | Interest | J | T | | | | | |
| 3. Rayes Properties Inc. Stock | | None | K | W | | | | | 29 |
| 4. Rental Property #1, ▨▨▨ | E | Rent | N | R | | | | | 45 |
| 5. Athene Life and Annuity Co. (fixed) | | None | L | W | | | | | 35 |
| 6. BMO Private Bank Money Market (cash) | A | Interest | J | T | | | | | 31 |
| 7. U.S. Savings Bonds Series EE | | None | J | T | | | | | 33 |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Goldman Sachs Fin'l Sq Treas Fund (Money Mkt) (FEDXX) | A | Dividend | L | T | | | | | 88 |
| 10. Blackstone Alt Multi-Strategy Fd (BXMIX) | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 11. Hartford Floating Rate Fund (HFLYX) | C | Dividend | L | T | | | | | 62 |
| 12. Westwood Short Duration (WHGHX) | C | Dividend | L | T | | | | | 68 |
| 13. Champlain Mid-Cap Fund (CIPIX) | D | Dividend | L | T | Buy (add'l) | 06/13/18 | J | | 63 |
| 14. | | | | | Buy (add'l) | 07/20/18 | K | | |
| 15. Dodge & Cox Stock Fund #145 (DODGX) | D | Dividend | L | T | | | | | 2 |
| 16. Janus Enterprise Fund (JMGRX) | C | Dividend | L | T | | | | | 56 |
| 17. John Hancock III Disciplined Value Mid Cap Fund (JVMIX) | B | Dividend | K | T | | | | | 40 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard INSTL Index Fund (VINIX) | D | Dividend | N | T | Buy (add'l) | 06/13/18 | J | | 26 |
| 19. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 20. | | | | | Buy (add'l) | 09/11/18 | K | | |
| 21. Artisan Developing World (APHYX) | A | Dividend | K | T | Sold (part) | 06/13/18 | J | | 72 |
| 22. | | | | | Sold (part) | 07/20/18 | K | | |
| 23. BMO LGM EMERGING MKTS (MIEMX) | B | Dividend | K | T | Sold (part) | 06/13/18 | J | | 52 |
| 24. Columbia Emerging Mkts ETF (ECON) | | None | | | Sold | 07/20/18 | K | | 57 |
| 25. Oakmark International Fund (OANIX) | D | Dividend | M | T | Sold (part) | 07/20/18 | J | | 20 |
| 26. T Rowe Price International Discovery (PRIDX) | A | Dividend | J | T | | | | | 54 |
| 27. Templeton INST Foreign SM Fund (TFSCX) | C | Dividend | K | T | Buy (add'l) | 07/23/18 | J | | 24 |
| 28. Tweedy Browne FD Global Value (TBGVX) | B | Dividend | K | T | Sold (part) | 09/24/18 | K | | 25 |
| 29. William Blair Intl Sm Cap Grwth Fd (WISIX) | C | Dividend | K | T | Buy | 06/13/18 | K | | |
| 30. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 31. Vanguard Real Estate (formerly REIT) ETF (VNQ) | A | Dividend | J | T | | | | | 58 |
| 32. Vanguard Real Estate Index (VGSLX) | A | Dividend | K | T | | | | | 76 |
| 33. IRA #2 (H) | | | | | | | | | |
| 34. Schwab Fundamental US Large Co ETF (FNDX) | A | Dividend | J | T | Buy | 06/05/18 | J | | 25.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Intermediate Term US Trs ETF (SCHR) | A | Dividend | J | T | Buy | 06/05/18 | J | | 14.59 |
| 36. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy | 06/05/18 | J | | 15.97 |
| 37. IRA #3 (H) | | | | | | | | | |
| 38. Schwab S&P 500 Index Fd (SWPPX) | A | Dividend | K | T | | | | | 42 |
| 39. IRA #4 (H) | | | | | | | | | |
| 40. American Fund Cap (CIBFX) | A | Dividend | J | T | | | | | 43 |
| 41. Dodge And Cox Balanced FD | C | Dividend | K | T | | | | | 44 |
| 42. TRUST ACCT #1 (H) | | | | | | | | | |
| 43. Goldman Sachs Fin SQ Tax Free Money MKT (FTXXX) | A | Dividend | K | T | | | | | 4 |
| 44. Transamerica Emg MKT Debt (EMTIX) | A | Dividend | | | Sold (part) | 07/20/18 | J | | 80 |
| 45. | | | | | Sold | 09/11/18 | J | | |
| 46. Blackstone ALT Multi Strategy (BXMIX) | A | Dividend | K | T | Buy (add'l) | 09/11/18 | J | | 75 |
| 47. Hartford Floating Rate Fund (HFLYX) | B | Dividend | K | T | | | | | 62 |
| 48. Westwood Short Duration (WHGHX) | B | Dividend | K | T | | | | | 68 |
| 49. Microsoft Corp (MSFT) | B | Dividend | L | T | | | | | 17 |
| 50. Champlain Mid-Cap Fund (CIPIX) | C | Dividend | L | T | Buy (add'l) | 06/13/18 | J | | 63 |
| 51. | | | | | Buy (add'l) | 07/20/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox Stock Fund #145 (DODGX) | D | Dividend | M | T | | | | | 2 |
| 53. ISHARES CORE S&P MID-CAP (IJH) | A | Dividend | K | T | Buy (add'l) | 07/20/18 | J | | 37 |
| 54. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 55. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 06/13/18 | J | | 47 |
| 56. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 57. John Hancock III Disciplined Value Mid Cap Fund (JVMIX) | | None | | | Sold | 12/11/18 | K | | 40 |
| 58. Vanguard Dividend Apprec Fund (VIG) | B | Dividend | L | T | Buy (add'l) | 07/24/18 | J | | 59 |
| 59. Vanguard INSTL Index Fund (VINIX) | C | Dividend | M | T | Buy (add'l) | 06/13/18 | K | | 26 |
| 60. | | | | | Buy (add'l) | 07/20/18 | K | | |
| 61. | | | | | Buy (add'l) | 09/11/18 | K | | |
| 62. Aberdeen Emerging Mkts Inst Fund (ABEMX) | A | Dividend | L | T | Sold (part) | 06/13/18 | J | A | 48 |
| 63. | | | | | Sold (part) | 07/20/18 | J | A | |
| 64. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 65. Acadain EMG MKT (AEMGX) | | None | | | Sold | 07/20/18 | J | A | 77 |
| 66. Artisan Developing World (APHYX) | A | Dividend | | | Sold | 12/28/18 | K | | 72 |
| 67. BMO PYRFORD International Stock Fund (MISNX) | A | Dividend | K | T | | | | | 39 |
| 68. Columbia Emerging Mkts ETF (ECON) | | None | | | Sold | 07/20/18 | K | C | 57 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishs Emg Mkt (ETF-EEM) | A | Dividend | | | Sold | 08/21/18 | J | | 79 |
| 70. Oakmark International Fund (OANIX) | | None | | | Sold (part) | 07/20/18 | J | A | 20 |
| 71. | | | | | Sold (part) | 09/11/18 | K | | |
| 72. | | | | | Sold | 12/11/18 | L | | |
| 73. Ishares MSCI EAFE ETF (EFA) | A | Dividend | L | T | Buy | 12/11/18 | L | | |
| 74. T Rowe Price International Discovery (PRIDX) | B | Dividend | K | T | Buy (add'l) | 07/20/18 | J | | 54 |
| 75. Wisdometree Intl Sm Cap Div Fd (DLS) | | None | J | T | Buy | 12/11/18 | J | | |
| 76. William Blair Intl Sm Cap Grwth Fd (WISIX) | | None | | | Buy | 06/13/18 | K | | |
| 77. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 78. | | | | | Sold | 12/11/18 | K | | |
| 79. Deutsche X-Trackers MSCI (DBEF) | A | Dividend | K | T | | | | | 60 |
| 80. Vanguard Real Estate (formerly REIT) ETF (VNQ) | A | Dividend | K | T | | | | | 58 |
| 81. Vanguard Real Estate Index (VGSLX) | A | Dividend | J | T | | | | | 76 |
| 82. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 83. American Funds-The Growth Fund of America (GFAFX) | C | Dividend | K | T | | | | | 32 |
| 84. Wasatch Core Growth Fd (WGROX) | C | Dividend | K | T | | | | | 34 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of this report has been reorgainized by account, with assets listed in brokerage order. As a result, some holdings from the prior report will correspond with more than one holding in this report. Where necessary, corresponding line numbers from the prior report are included in Column D(5) for ease of review. This also accounts for any changes in names or ticker symbols. This is not indicative of additional transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas L. Rayes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544